**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | CHAPTER 13 |
| WILLIE P. SWIFT<br>KAREN Y. SWIFT A/K/A KAREN<br>YVONNE SWIFT,<br>      Debtors. | CASE NO. 15-52294<br><br>JUDGE AUSTIN E. CARTER |

## NOTICE OF ENTRY OF APPEARANCE

Notice is given that Benjamin R. Carlsen and Alexandria J. Reyes of the law firm Troutman Sanders LLP hereby enter their appearance as counsel for MSW Capital, LLC. The clerk and the parties are requested to add Mr. Carlsen's and Ms. Reyes's names to the service list applicable to this matter and that all future notices, papers, pleadings and orders filed or served in this case include:

| | |
|---|---|
| Benjamin R. Carlsen, Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street, N.E., Suite 5200 Atlanta, Georgia 30308-2216<br>*benjamin.carlsen@troutmansanders.com* | Alexandria J. Reyes, Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street, N.E., Suite 5200 Atlanta, Georgia 30308-2216<br>*alex.reyes@troutmansanders.com* |

Respectfully submitted this 24th day of May, 2016.

> */s/ Benjamin Carlsen*
> Benjamin R. Carlsen
> Georgia Bar No. 940614
> *benjamin.carlsen@troutmansanders.com*
> Alexandria J. Reyes
> Georgia Bar No. 428936
> *alex.reyes@troutmansanders.com*
> Troutman Sanders LLP
> Bank of America Plaza
> 600 Peachtree Street, Suite 5200
> Atlanta, Georgia 30308
> 404-885-3000
> *Attorneys for MSW Capital, LLC*

28535167v1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | CHAPTER 13 |
| WILLIE P. SWIFT<br>KAREN Y. SWIFT A/K/A KAREN<br>YVONNE SWIFT,<br>                  Debtors. | CASE NO. 15-52294<br><br>JUDGE AUSTIN E. CARTER |

**CERTIFICATE OF SERVICE**

I certify that I have on this date served a copy of the within and foregoing *Notice of Entry of Appearance* upon all counsel of record in this action by depositing same in the U.S. Mail, postage prepaid, addressed as follows:

Counsel for Debtor
Joy R. Webster
Akin, Webster and Matson, PC
P.O. Box 1773
Macon, GA 31202

Chapter 13 Trustee
Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Creditor Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Respectfully submitted this 24th day of May, 2016.

                                              */s/ Benjamin Carlsen*
                                              Benjamin R. Carlsen
                                              Georgia Bar No. 940614
                                              Troutman Sanders LLP