**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | CHAPTER 13 |
| WILLIE P. SWIFT | CASE NO. 15-52294 |
| KAREN Y. SWIFT A/K/A KAREN YVONNE SWIFT, | JUDGE AUSTIN E. CARTER |
| Debtors. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND REQUEST FOR CHANGE OF CM/ECF NOTICES**

Pursuant to Rule 9010, the law firm of Troutman Sanders LLP hereby substitutes Alexandria J. Reyes, Esq. as counsel of record for MSW Capital, LLC in place of Benjamin R. Carlsen, Esq. Ms. Reyes is to be substituted in place of Mr. Carlsen effective immediately.

The undersigned hereby officially request that copies of all notices, papers, pleadings and orders filed or served in the above-captioned case be addressed to:

Alexandria J. Reyes, Esq.
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
alex.reyes@troutmansanders.com

This 20th day of October, 2016.

/s/ *Alexandria J. Reyes*
Alexandria J. Reyes
Georgia Bar No. 428936
*alex.reyes@troutmansanders.com*
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
404-885-3000

*Counsel for MSW Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re:<br><br>WILLIE P. SWIFT<br>KAREN Y. SWIFT A/K/A KAREN<br>YVONNE SWIFT,<br>　　　　　　Debtors. | CHAPTER 13<br><br>CASE NO. 15-52294<br><br>JUDGE AUSTIN E. CARTER |

**CERTIFICATE OF SERVICE**

I certify that I have on this date served a copy of the within and foregoing *Notice of Substitution of Counsel and Request for Change of CM/ECF Notices* upon all counsel of record in this action by depositing same in the U.S. Mail, postage prepaid, addressed as follows:

Counsel for Debtor
Joy R. Webster
Akin, Webster and Matson, PC
P.O. Box 1773
Macon, GA 31202

Chapter 13 Trustee
Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Creditor Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

This 20th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　*/s/ Alexandria J. Reyes*
　　　　　　　　　　　　　　　　　　　　　Alexandria J. Reyes
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 428936

29459063v1 249518.000001